# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| EARNEST JAMES PARKER, ) | |
| AIS 298453, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 16-0491-CG-C |
| ) | |
| MICHAEL STRICKLAND, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objection filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 19, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 16th day of November, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE